UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: GENERAL MOTORS LLC**
**IGNITION SWITCH LITIGATION**

| | |
|---|---|
| Hancock b/n/f April Hollon and Tia Maynard, et al. v. General Motors LLC d/b/a General Motors Company d/b/a General Motors S.D. Ohio, C.A. No. 3:17-00309 | MDL No. 2543 |

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Hancock*) on October 12, 2017. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Hancock* was lifted on October 20, 2017, and the action was transferred to the Southern District of New York.

It appears, however, that plaintiffs, through counsel, did file a timely notice of opposition in the Southern District of Ohio on October 19, 2017. In addition, it appears that counsel attempted to file the notice of opposition by emailing a copy to the Panel's Help Desk.

In this instance, the Panel will reinstate the conditional transfer order in *Hancock* in order to permit plaintiffs to pursue their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-115" filed on October 12, 2017, is REINSTATED.

IT IS FURTHER ORDERED that plaintiffs' notice of opposition is deemed filed as of the date of this order. Plaintiffs' motion to vacate the conditional transfer order, and a separate supporting brief, will be due according to the briefing schedule that will issue shortly.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel