# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MEGAN HANCOCK : Case No: 3:17CV309

        **Plaintiff(s)** : Judge Walter H. Rice

vs. :

GENERAL MOTORS, LLC, et al. :

        **Defendant(s)**

---

## ORDER

---

The Amended Complaint in this action was filed on **October 24, 2017.** There is no record that service has been made upon the Defendant, General Motors, LLC. Federal Rule of Civil Procedure 4(m) provided:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1) or to service of a notice under Rule 71.1(d)(3)(A).

The Court **ORDERS** that Plaintiff(s) show cause within ten (10) days of this date of this Order why this action should not be dismissed. The good cause showing must be supported with sworn affidavits. In addition, the Plaintiff(s) should file an appropriate motion under Federal Rule of Civil Procedure 6(b) to extend the time period of effecting service of process.

**IT IS SO ORDERED.**

                              WALTER HERBERT RICE, JUDGE
                              UNITED STATES DISTRICT COURT

Copies to:        All Counsel of Record